# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. SWAIN, et.al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00014-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>[ECF No. 2] |

Plaintiff Vicente Garcia is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed on January 6, 2020. On this same date, Plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **January 7, 2020**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1