# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SWAIN, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00014-SAB (PC)<br><br>ORDER REQUIRING REMOTE APPEARANCES AT SETTLEMENT CONFERENCE AND RESETTING **TIME**<br><br>**Date: August 17, 2020**<br>**Time:  11:30 a.m.** |

   A settlement conference in this matter is currently scheduled on August 17, 2020, at 9:30 a.m. before the undersigned.[1] In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear **remotely** via the Zoom videoconferencing application. The settlement conference will also be **reset for 11:30 a.m.** but will still be held on August 17, 2020.

   Plaintiff is informed that he may appear by video, if he has access to a device with an internet connection and a web camera. If Plaintiff does not have access to such a device, he may appear by telephone. Counsel for Defendants shall appear by video, via the Zoom application.

   Counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information, including any

---

[1] The Court notes that the deadline for Defendants to file a Notice of Opt-Out and Request to Vacate Settlement Conference is July 30, 2020.  (ECF No. 21.)  If Defendants decide to opt out of the settlement conference, defense counsel will also be relieved of their obligations under this order.

1

necessary passcodes, for all parties.  Counsel for Defendants shall then provide the appropriate contact information to the Plaintiff (both Zoom video information and Zoom dial-in information) by private communication to facilitate Plaintiff's remote appearance.  Plaintiff may also contact the Courtroom Deputy directly to obtain the necessary video and dial-in information.

IT IS SO ORDERED.

Dated: **July 23, 2020**                             /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE