# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE GARCIA,<br><br>       Plaintiff,<br><br>    v.<br><br>S. SWAIN, et.al.,<br><br>       Defendants. | Case No.: 1:20-cv-00014-SAB (PC)<br><br>ORDER DIRECTING DISPOSITIONAL DOCUMENTS TO BE FILED WITHIN TWENTY DAYS |

       Plaintiff Vicente Garcia is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

       On September 10, 2020, a settlement conference was held before Magistrate Judge Barbara A. McAuliffe, during which the parties reached a settlement agreement, with the terms stated on the record. Accordingly, it is HEREBY ORDERED that the dispositional documents shall be filed within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **September 11, 2020**                                       
                                               UNITED STATES MAGISTRATE JUDGE