## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. SWAIN, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00014-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41<br><br>(ECF No. 22) |

　　　Plaintiff Vicente Garcia is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On September 15, 2020, a stipulation was filed dismissing this action with prejudice with each party to bear its own costs and fees. (ECF No. 19)  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

　　　Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:　**September 16, 2020**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1